FILED

03/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0512

_____

CHARLES J. HERINGER, III, as the Trustee of the
CHARLES J. HERINGER, III, Trust, dated May 20,
1999, as Amended and Restated; SHAWN A.
SCHAFFER and KRISTY M. SCHAFFER; MICHAEL
A. DiFRONZO; TRACIE E. PABST; MOOSE 59,
LLC; and MOOSE DROOL PROPERTIES, LLC,

      Plaintiffs and Appellants,                      O R D E R

    v.

BARNEGAT DEVELOPMENT GROUP, LLC;
RZLDZL, LLC; and John and Jane Does 1-10;

      Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 3 2021